U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

NOV 17 2016

AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.    5:16-CR-342 (GTS) |
| | ) |
| **v.** | ) **Indictment** |
| **GILBERT ROSA SANCHEZ,** | ) |
| **aka "Julian Lucia-Cedano,"** | ) |
| **NICOLAS PERALTA,** | ) |
| **SAMUEL RIVERA,** | ) Violation:    21 U.S.C. § 846 |
| **JEFFREY RIVERA,** | ) [Conspiracy to Possess with |
| **HECTOR GUTIERREZ,** | ) Intent to Distribute and to |
| **JULIO HERNANDEZ,** | ) Distribute Cocaine] |
| **RAMON GOMEZ,** | ) |
| **OSVALDO GARCIA,** | ) |
| **JUAN RAMIREZ, and** | ) One Count and Forfeiture Allegation |
| **VANESSA PAGAN** | ) |
| | ) |
| **Defendants.** | ) County of Offense:    Oneida |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine]

From in or about June 2015, through on or about October 8, 2016, in Oneida County in the

Northern District of New York, and elsewhere, the defendants,

**GILBERT ROSA SANCHEZ, aka "Julian Lucia-Cedano,"**
**NICOLAS PERALTA,**
**SAMUEL RIVERA,**
**JEFFREY RIVERA,**
**HECTOR GUTIERREZ,**
**JULIO HERNANDEZ,**
**RAMON GOMEZ,**
**OSVALDI GARCIA,**
**JUAN RAMIREZ, and**
**VANESSA PAGAN,**

conspired with each other and others to knowingly and intentionally possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

As to defendants **GILBERT ROSA SANCHEZ aka "Julian Lucia-Cedano,"** **NICOLAS PERALTA, SAMUEL RIVERA, and JEFFREY RIVERA,** that violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

As to defendants **HECTOR GUTIERREZ, JULIO HERNANDEZ, and RAMON GOMEZ** that violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

As to defendants **OSVALDO GARCIA, JUAN RAMIEREZ, and VANESSA PAGAN,** that violation involved a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## **FORFEITURE ALLEGATION**

The allegation contained in Count One of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of offenses in violation of Title 21, United States Code, Section 846, the defendants, **GILBERT ROSA SANCHEZ aka "Julian Lucia-Cedano," NICOLAS PERALTA, SAMUEL RIVERA, JEFFREY RIVERA, HECTOR GUTIERREZ, JULIO HERNANDEZ, RAMON GOMEZ, OSVALDO GARCIA, JUAN RAMIREZ, and VANESSA PAGAN** shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.  The property to be forfeited includes, but is not limited to, the following:

(1)     A money judgment in the amount of $1,000,000.00, for which the defendants are jointly and severally liable.

(2)     $17,715 in U.S. Currency.

(3)     $11,000 in U.S. Currency.

### **Substitute Property**

If any of the property described above, as a result of any act or omission of the defendants:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the court;

d.     has been substantially diminished in value; or

3

e.    has been commingled with other property which cannot be divided without

difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p).

Dated:   November 17, 2016

A TRUE BILL,   **NAME REDACTED

Grand Jury Foreperson

RICHARD S. HARTUNIAN
United States Attorney

By:

Carla Freedman
Assistant United States Attorney
Bar Roll No. 514723